FILED '09 FEB 06 15:45 USDC-LAE 

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD P. TOMPKINS, | CIVIL ACTION |
| Plaintiffs | |
| | NUMBER **09 - 2555** |
| versus | |
| | SECTION |
| WEST ASSET MANAGEMENT, INC., | |
| and ABC INSURANCE COMPANY, | MAGISTRATE |
| Defendants | |

_____         _____

FILED                              DEPUTY CLERK

## **COMPLAINT**

NOW INTO COURT through undersigned counsel comes petitioner, Gerald P. Tompkins, who represents as follows.

1.

This is an action for damages and other relief resulting from defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o (the "FDCPA"), which prohibits debt collectors from engaging in deceptive, abusive, and unfair debt collection practices; for declaratory relief; and for relief under state law.

### **Jurisdiction and Venue**

2.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). Venue is proper in the Eastern District of Louisiana, as it is the judicial district wherein a substantial part of the events relevant to the claims made herein occurred. This Court has jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

**Parties**

3.

Plaintiff, Gerald P. Tompkins, is a person of full age of majority who is domiciled in Jefferson Parish, Louisiana.

4.

Defendant, West Asset Management, Inc. ("WAM"), is a foreign corporation doing business in Louisiana.

5.

WAM is a "debt collector" as defined at 15 U.S.C. § 1692a(6).

6.

ABC Insurance Company is the fictitious name of the provider of a policy of liability insurance issued in favor of AA, which policy covers the claims made herein. ABC Insurance Company is liable in solido with AA pursuant to the Louisiana Direct Action Statute, La. Rev. Stat. Ann. § 22:655.

**Facts**

7.

On January 24, 2008, Tompkins' attorney, William G. Cherbonnier, sent a letter to WAM informing it that he represented Tompkins in regard to a debt that WAM was attempting to collect. The letter requested instructed WAM to no longer communicate directly with Tompkins. The letter also provided notice to WAM of Tompkins' dispute of the alleged debt and requested verification.

8.

On February 8, 2008, WAM ignored the letter from Tompkins' attorney and sent a collection letter directly to Tompkins.

**Violations of the FDCPA**

9.

The express purpose of the Fair Debt Collection Practices Act ("FDCPA") is to eliminate abusive debt collection practices by debt collectors, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.  15 U.S.C. § 1692(e).

10.

WAM has violated the FDCPA, in respects including but not limited to violations of 15 U.S.C. § 1692c(a)(2) and 1692c(c).

11.

As a result of WAM's conduct, plaintiff has suffered damages including, but not limited to, severe mental anguish and distress.

**WHEREFORE**, plaintiff prays for a judgment in his favor and against the defendant and its insurer jointly, severally, and in solido, for actual and additional damages, punitive and exemplary damages, reasonable attorney fees, costs and litigation expenses, interest, and for all other relief appropriate in the premises.

Respectfully submitted,

William G. Cherbonnier Jr.  LSBA# 04031
2550 Belle Chase Highway, Suite 215
Gretna, LA  70053
PH: 504-309-3304   FAX: 504-309-3306

Steve R. Conley  LSBA #21246
321 N. Vermont Street, Suite 204
Covington, LA  70002
PH:  985-892-7222  FAX: 985-892-7075

Garth J. Ridge   LSBA# 20589
251 Florida St Ste 301
Baton Rouge, LA  70801
PH: 225-343-0700  FAX: 225-343-7700


**PLEASE CERTIFY A COPY OF THE COMPLAINT
AND ISSUE A SUMMONS TO:**

**WEST ASSET MANAGEMENT, INC.**
Through its registered agent:
Corporation Service Company
320 Sumerulos Street
Baton Rouge, LA  70802