UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD P. TOMPKINS,                    Plaintiff | CIVIL ACTION |
| versus | NO.  09-02555 |
| WEST ASSET MANAGEMENT, INC. and ABC INSURANCE COMPANY, | SECTION C |
|                    Defendants | MAGISTRATE 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR 60-DAY DISMISSAL**

       NOW INTO COURT through undersigned counsel comes plaintiff, Gerald P. Tompkins, who suggests that the parties have firmly agreed to settle and compromise all claims, and moves for an order conditionally dismissing this action, reserving to the parties the right to move to reopen this case and proceed if the settlement is not consummated within 60 days.

Respectfully submitted,


/s/ Steve R. Conley                                  
STEVE R. CONLEY  #21246
321 N. Vermont Street, Suite 204
Covington, LA  70433
PH: 985-892-7222  FAX: 985-892-7075
steve@consumerlaw1.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 07/31/09, I electronically filed the foregoing motion, together with the memorandum in support and proposed order, with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

David Israel, Esq.
Allison L. Cannizaro, Esq.
Sessions, Fishman & Nathan, L.L.P.
3850 N. Causeway Blvd., Suite 1420
Metairie, LA  70002
PH: 504-828-3700   FAX: 504-828-3737
disrael@sessions-law.biz
acannizaro@sessions-law.biz


s/ Steve R. Conley_____
STEVE R. CONLEY  #21246
321 N. Vermont Street, Suite 204
Covington, LA  70433
PH: 985-892-7222  FAX: 985-892-7075
steve@consumerlaw1.com