UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD P. TOMPKINS,<br>                Plaintiff<br>versus<br><br>WEST ASSET MANAGEMENT, INC. and<br>ABC INSURANCE COMPANY,<br>                Defendants | CIVIL ACTION<br><br>NO. 09-02555<br><br>SECTION C<br><br>MAGISTRATE 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IT IS ORDERED that this action is dismissed, reserving to the parties the right to move to reopen this case and proceed if the settlement is not consummated within 60 days of the date of this order.

New Orleans, Louisiana, this __3rd__ day of _____August_____, 2009.

_____
UNITED STATES DISTRICT JUDGE